Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
603 Rose Avenue
Venice, California, 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIGN COLLECTION, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KIT AND HEATHER DESIGNS doing business as "Fiveloaves Twofish", a California Corporation; BARNEYS NEW YORK, INC., a Delaware Corporation; NORDTROMS, INC, a Washington Corporation; and, DOES 1-10,<br><br>Defendants. | Case No.:<br><br>**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br><u>Jury Trial Demanded</u> |

Design Collection, Inc., by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

**<u>JURISDICTION AND VENUE</u>**

- 1 -

COMPLAINT

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff DESIGN COLLECTION, INC. ("Plaintiff") is a corporation organized and existing under the laws of the state of California with its principal place of business in Los Angeles, California.

5. Plaintiff is informed and believes and thereon alleges that Defendant KIT AND HEATHER, doing business as "FIVELOAVES TWOFISH" ("KIT AND HEATHER") is a corporation organized and existing under the laws of the state of California with its principal place of business located at 301 West 28th Street, National City, CA 91950, and is doing business in and with the state of California, including in this district.

6. Plaintiff is informed and believes and thereon alleges that Defendant BARNEYS NEW YORK, INC. ("BARNEYS"), is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 575 5th Ave., 11th Floor, New York, New York 10017, and is doing business in and with the state of California.

7. Plaintiff is informed and believes and thereon alleges that Defendant NORDSTROMS, INC. ("NORDSTROM"), is a corporation organized and existing under the laws of the State of Washington with its principal place of business located at 1617 Sixth Avenue, Seattle, Washington 98101, and is doing business in and with the state of California.

8. Plaintiff is informed and believes and thereon alleges that Defendant DOES 1 through 10, inclusive, are manufacturers and/or vendors of garments to Defendants (as specified above) which DOE Defendants have manufactured and/or supplied and are manufacturing and/or supplying garments comprised of fabric printed with Plaintiff's copyrighted designs (as hereinafter defined) without Plaintiff's knowledge or consent or have contributed to said infringement or other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise of Defendant DOES 1-4, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names and will seek leave to amend this complaint to show their true names and capacities when same have been ascertained.

9. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against All Defendants, and Each)

10. Plaintiff repeats, realleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

11. Plaintiff is the owner of an original embroidery design, which Plaintiff has allocated the internal designation REFLECTION SEQ 10237 ("Subject Design"), and has registered with the United States Copyright Office.

12. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing Subject Design to numerous parties in the fashion and apparel industries.

13. Plaintiff is informed and believes and thereon alleges that following its distribution of the Subject Design, Defendants, and each of them, distributed and/or sold fabric and/or garments featuring substantially similar artwork (hereinafter "Subject Product") without Plaintiff's authorization, including but not limited to:

    a. products sold by BARNEYS under SKU No. 00505035983514, Style No. Style # 504141706 and bearing the label "fiveloaves twofish" and RN 132326, indicating that it was manufactured by or for KIT AND HEATHER;

    b. products sold by NORDSTROM under item no. 846200

14. Images of the Subject Design and Subject Product are set forth below:

| **Subject Design** | **Subject Product Exemplar** |
|---|---|
|  |  |

15. Plaintiff is informed and believes and thereon alleges that KIT AND HEATHER'S website states at http://fiveloavestwofishclothing.com/shop/shop/fashion/cotillion-special-occasion/just-peachy/ that the Subject Product is available at www.nordstrom.com, at http://shop.nordstrom.com/s/fiveloaves-twofish-just-peachy-fit-flare-dress-big-girls/3847109? origin=keywordsearch-personalizedsort&contextualcategoryid=2375500&fashionColor=&resultback=0&cm_sp=personalizedsort-_-searchresults-_-1_1_A.

16. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Design including, without limitation, through (a) access to Plaintiff's showroom and/or design library; (b) access to illegally distributed copies of Subject Design by third-party vendors and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; (c) access to Plaintiff's strike-offs and samples, and (d) access to garments in the marketplace manufactured with lawfully printed fabric bearing Subject Design.

17. Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s), and each of them, has an ongoing business relationship with Defendant retailers, and each of them, and supplied garments to said retailers, which garments infringed the Subject Design in that said garments were composed of fabric which featured unauthorized print designs that were identical or substantially similar to the Subject Design, or were an illegal modification thereof.

18. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by creating, making and/or developing directly infringing and/or derivative works from Subject Design and by producing,

distributing and/or selling Subject Product through a nationwide network of retail stores, catalogues, and through on-line websites.

19. Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

20. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of Subject Designs in an amount to be established at trial.

21. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants—each of them—and their respective agents and servants be enjoined from importing, manufacturing, distributing, offering for sale, selling or otherwise trafficking in any product that infringes Plaintiff's copyrights in Subject Design;

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

      d. That Plaintiff be awarded pre-judgment interest as allowed by law;

      e. That Plaintiff be awarded the costs of this action; and

      f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: January 28, 2016          DONIGER/BURROUGHS

                                    By:   /s/ Stephen M. Doniger
                                              Stephen M. Doniger, Esq.
                                              David Shein, Esq.
                                              Attorneys for Plaintiff